Moon
v.
Jones, et al

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 NOV 20 PM 1:51

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

US District Court
Southern District of Ohio

case# 3:15-cv-00424-MJN

## Voluntary Dismissal With Prejudice

Plaintiff hereby notifies the Court that he wishes to DISMISS this complaint with prejudice. Plaintiff thanks the undersigned magistrate for his patience with plaintiff over the last 2 years. The dismissal should be WITH PREJUDICE because plaintiff does NOT desire to pursue the claims in this case.

/s/ [signature]

dated: 11/10/2017