UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DARNELL WESLY MOON,

    Plaintiff,

vs.

SHERIFF RICHARD K. JONES, *et al.*,

    Defendants.

Case No. 3:15-cv-424

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

# ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #32), to whom this case was referred pursuant to 28 U.S.C. § 636(b). No objections have been filed under Fed. R. Civ. P. 72(b), and the time for filing objections has expired. Accordingly, the Court hereby **ORDERS** that: (1) the Report and Recommendation (doc. 32) is **ADOPTED** in full; (2) Plaintiff's motion for voluntary dismissal (doc. 31) is **GRANTED**; (2) Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; (3) Defendants' motion to dismiss (doc. 24) is **DENIED AS MOOT** and (4) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date:  December 19, 2017                  \*s/Thomas M. Rose
                                                                           Thomas M. Rose
                                                                           United States District Judge